585 A.2d 341
STATE OF NEW JERSEY v. L.G.J.

July 10, 1990.

Petition for certification denied.

585 A.2d 341
STATE OF NEW JERSEY v. EDWIN CHINO ORTIZ.

July 10, 1990.

Petition for certification denied.

585 A.2d 342
STATE OF NEW JERSEY v. RAUL CUCO JIMINEZ.

July 10, 1990.

Petition for certification denied.

585 A.2d 342
STATE OF NEW JERSEY v. VINCENTE MARROQUIN.

July 10, 1990.

Petition for certification denied.

585 A.2d 342
STATE OF NEW JERSEY v. LAWRENCE L. BARRINGER.

July 10, 1990.

Petition for certification denied.